UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MICHAEL KEITH GEORGE,

    Plaintiff,     Case No. 1:22-cv-233

v.            Honorable Phillip J. Green

J. ANNIS,

    Defendant.
_____/

# JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: April 13, 2022      /s/ Phillip J. Green
                 PHILLIP J. GREEN
                 United States Magistrate Judge